# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 4/19/2022 |
| Case: 2–22–02061–PRW | Form ID: cmotele3 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | George P. Apostolides | george.apostolides@saul.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Jason S Pomerantz | jspomerantz@pszjlaw.com |
| aty | Lucian B. Murley | luke.murley@saul.com |
| aty | Melissa A Martinez | melissa.martinez@saul.com |

TOTAL: 5