# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

   Rochester Drug Cooperative, Inc.

       Debtor(s)

Case No.: 2−20−20230−PRW
Chapter: 11

Advisory Trust Group, LLC
  as trustee of the RDC Liquidating Trust
       Plaintiff(s)

  v.

ALCON LABORATORIES, INC.
       Defendant(s)

A.P. No.: 2−22−02061−PRW

## ORDER SCHEDULING CONTINUATION OF RULE 16 CONFERENCE

A continuation of the Rule 16 Conference was scheduled in this matter for August 23, 2022. Based upon representations made by Plaintiff's counsel prior to the Rule 16 Conference, the Court determined that it is appropriate to continue the Rule 16 Conference. It is therefore

**ORDERED**, that a continuation of the Rule 16 Conference will be held on **August 30, 2022, at 10:00 A.M.**, subject to further extension on the request of either party.

**IT IS SO ORDERED.**

DATED: August 23, 2022
    Rochester, New York

_____/s/_____
HON. PAUL R. WARREN
United States Bankruptcy Judge